IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PARISH GOLDEN,

                Plaintiff,                      ORDER

      v.                                        11-cv-616-bbc

CO II RAUSCH, CO II FRISCH,
CO II BIEMERET, CO II DEBROUX
and LT. STUTLEEN,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated December 21, 2011, dkt. #30, I inadvertently omitted defendant Stutleen from one of plaintiff's claims. Accordingly, IT IS ORDERED that paragraph (3a) of the December 21, 2011 order is AMENDED as follows:

- Plaintiff Parish Golden is GRANTED leave to proceed on his claims that defendants Rausch, Frisch, Biemeret and DeBroux used excessive force against him and that defendant Stutleen failed to intervene to help plaintiff, in violation of the Eighth Amendment.

1

In all other respects, the December 21 order remains unchanged.

Entered this 21st day of December, 2011.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge