IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PARISH GOLDEN,

    Plaintiff,

v.

WILLIAM POLLARD, MICHAEL BAENEN,
PETE ERICKSEN, MARK S. STUTLEEN,
CO II RAUSCH, JESS FRISCH,
CHAD BIEMERET and CHAD DEBROUX,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-616-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against William Pollard, Michael Baenen and Pete Ericksen;

(2) dismissing CO II Rausch for lack of service of process; and

(3) granting summary judgment in favor of Chad DeBroux, Chad Biemeret, Jess Frisch and Mark Stutleen, and dismissing this case without prejudice.

By: *[signature]* Deputy Clerk      4-5-12
   Peter Oppeneer, Clerk of Court           Date