IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PARISH GOLDEN,

                     Plaintiff,                              ORDER

              v.                                          11-cv-616-bbc

 LT. STUTLEEN, CO II RAUSCH,
CO II FRISCH, CO II BIEMERET
and CO II DEBROUX,
                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On April 5, 2012, I dismissed this case without prejudice for plaintiff Parish Golden's

failure to exhaust his administrative remedies.  I denied plaintiff's motion for reconsideration

on May 1, 2012.  Now before the court is plaintiff's notice of appeal.  Because plaintiff has

not paid the $455 fee for filing an appeal, I construe his notice as a request for leave to

proceed in forma pauperis on appeal.

Plaintiff's request for leave to proceed in forma pauperis on appeal is governed by the

1996 Prison Litigation Reform Act.  This means that this court must determine first whether

plaintiff's request must be denied either because he has three strikes against him under 28

U.S.C. § 1915(g) or because the appeal is not taken in good faith.  Plaintiff does not have

three strikes against him and I do not intend to certify that his appeal is not taken in good faith.

The only other hurdle to proceeding on the appeal in forma pauperis is the requirement that plaintiff make an initial partial payment of the filing fee that has been calculated from a certified copy of his trust fund account statement for the six-month period immediately preceding the filing of his notice of appeal.  28 U.S.C. § 1915(a)(2).  Plaintiff has not submitted the necessary trust fund account statement.  Until he does so, I cannot determine whether he is indigent and, if he is, the amount of his initial partial payment.

Accordingly, IT IS ORDERED that plaintiff may have until May 30, 2012, in which to submit a certified copy of his trust fund account statement for the six-month period from approximately October 30, 2011 to approximately April 30, 2012.  If, by May 30, 2012, plaintiff fails to submit the required trust account statement or show cause for his failure to do so, then I will deny his request for leave to proceed in forma pauperis on the ground that he has failed to show that he is entitled to indigent status on appeal.

Entered this 9th day of May, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2