IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PARISH GOLDEN,

                    Plaintiff,                                    ORDER

          v.                                                      11-cv-616-bbc

MARK S. STUTLEEN, CO II RAUSCH,
JESS FRISCH, CHAD BIEMERET and
CHAD DEBROUX,
                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

          As directed in this court's order of May 9, 2012, plaintiff Parish Golden has submitted

a certified copy of his six-month trust fund account statement so that a determination may

be made whether he is indigent for the purpose of proceeding on appeal in forma pauperis and

if he is, what amount must be assessed under the 1996 Prison Litigation Reform Act as an

initial partial payment of the fee for filing his appeal.  (In the May 9 order, I found that

plaintiff's appeal is not taken in bad faith and that he is not barred by the three strikes

provision of 28 U.S.C. § 1915(g) from proceeding with his appeal in forma pauperis.)

          From plaintiff's trust fund account statement, I conclude that he qualifies for indigent

status.  Further, I assess plaintiff an initial partial payment of the $455 fee for filing his

appeal in the amount of $73.89. If plaintiff does not have the money to make the initial

partial appeal payment in his regular account, he will have to arrange with prison authorities

1

to pay some or all of the assessment from his release account.  The only amount plaintiff must pay at this time is the $73.89 initial partial appeal payment.  Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes.  Plaintiff should show a copy of this order to prison officials to make sure they are aware they should send plaintiff's initial partial appeal payment to this court.

ORDER

IT IS ORDERED that plaintiff Parish Golden's request for leave to proceed in forma pauperis on appeal is GRANTED.  Plaintiff may have until June 28, 2012, in which to submit a check or money order made payable to the clerk of court in the amount of $73.89.  If, by June 28, 2012, plaintiff fails to pay the initial partial payment or explain his failure to do so, then I will advise the court of appeals of his noncompliance in paying the assessment so that it may take whatever steps it deems appropriate with respect to this appeal.

Further, the clerk of court is requested to insure that the court's financial records reflect plaintiff's obligation to pay the $73.89 initial partial payment and the remainder of the $455 fee in monthly installments.

Entered this 7th day of June, 2012.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2